MAUTNER et al. v. PIKE et al.

(City Court of New York, General Term. June 22, 1900.)

COSTS—EXTRA ALLOWANCE—TIME OF ACTION.

It is not error to make an order granting an extra allowance of costs, in the absence of the party adversely affected thereby, after the verdict has been rendered, but during the same term.

Appeal from trial term.

Action by Julius Mautner and others against Annie Pike and others. From a judgment in favor of defendants, the plaintiffs appeal. Affirmed.

Argued before McCARTHY and O'DWYER, JJ.

Eugene Cohn and Julius Levy, for appellants.
Greenhall & Levy, for respondents.

McCARTHY, J. This is an appeal from a verdict for the defendants rendered at a trial, and from an order allowing an extra allowance to the defendants, granted not at the time of the rendering of the verdict, but granted by the trial justice at the same term, and I think shortly after the verdict was rendered, and that, too, without the other side being present. We think that the granting of the extra allowance in the manner herein described was within the sound discretion of the court, and was proper. We think, too, that the verdict should not be disturbed, inasmuch as the questions were properly submitted to the jury.

We do not observe any reversible error committed by the trial justice. Judgment must therefore be affirmed, with costs and disbursements.

O'DWYER, J., concurs.